**FILED**

JUN 12 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23135-CIV-GOLD/MCALILEY

LARRY KLAYMAN,

    Plaintiff,

v.

DAVID BARMAK, et al.,

    Defendants.

_____/

Case: 1:08-cv-01005
Assigned To : Bates, John D.
Assign. Date : 6/12/2008
Description: Contract

**JURY ACTION**

## ORDER GRANTING MOTION; TRANSFERRING CASE TO THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; CLOSING CASE

THIS CAUSE comes before the Court on Defendants' Motion to Dismiss [DE 20] filed on February 19, 2008. In Defendants' Motion, they request in the alternative that this action be transferred to the District Court for the District of Columbia. Plaintiff filed his Response [DE 30] on April 1, 2008, and Defendants filed their Reply [DE 35] on April 22, 2008. Oral argument was heard on the Motion and related pleadings on May 30, 3008. After having considered the Motion and related pleadings, as well as the arguments made at oral argument, I grant the Motion and transfer this action for the reasons stated on the record at the hearing. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. The Motion [DE 20] is GRANTED as stated on the record.
2. This case shall be TRANSFERRED forthwith to the United States District Court for the District of Columbia.
3. This case is CLOSED.
4. All pending motions are DENIED as moot.



DONE AND ORDERED in Chambers in Miami, Florida this 30 day of May, 2008.

---

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-23135-CV-Gold/McAliley

Larry Klayman

    Plaintiff(s),

v.

David Barmak, et al.,

    Defendant(s),

### CLERK'S NOTICE OF TRANSFER TO OTHER DISTRICT

Pursuant to the Order of Transfer entered on 6/4/08, the above-styled case is hereby transferred to the District of Columbia. Enclosed are certified copies of the Order of Transfer and the Court's docket sheet. The case record is ☐ a **combined paper and electronic file or** ☑ **an electronic file** and the imaged documents can be obtained at **PACER.USCOURTS.GOV** by using your Pacer **(not CM/ECF)** login and password. If you do not have a pacer login, please contact the Pacer Center at 1-800-676-6856.

DONE at the Federal Courthouse, Fort Lauderdale, Florida, this 4 day of June 20 08.

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: _____
s/Graciela Perez
Deputy Clerk

---

**Please acknowledge receipt of this transfer by returning a time-stamped copy of this Notice to:**

United States District Court
Southern District of Florida

**Received By:** _____

**New Case No.** _____

JS-44
(Rev.1/05 DC)

08-1005
JDB

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

LARRY KLAYMAN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

DAVID BARMAK, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-01005
Assigned To : Bates, John D.
Assign. Date : 6/12/2008
Description: Contract

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A. Antitrust**
☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

– ⊙ –

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ■ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>■ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ■ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

USDCSDF

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1332

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $   Check YES only if demanded in complaint   JURY DEMAND: ■ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☐ NO   If yes, please complete related case form.

DATE 6.12.08   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

:\forms\js-44.wpd



CLOSED, CMM, REF_PTRL

## U.S. District Court
### Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:07-cv-23135-ASG
### Internal Use Only

| | |
|---|---|
| Klayman v. Barmak et al | Date Filed: 12/03/2007 |
| Assigned to: Judge Alan S. Gold | Date Terminated: 06/03/2008 |
| Case in other court: In the 11 Judicial Circuit for Miami-Dade County, 07-37307CA20 | Jury Demand: Both |
| | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Notice of Removal | Jurisdiction: Diversity |

**Plaintiff**

**Larry Klayman**     represented by     **Larry Elliot Klayman**
Klayman Law Firm
601 Brickell Key Drive
Suite 404
Miami, FL 33131
305-579-3455
Fax: 675-3903
Email: leklayman@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**David Barmak**     represented by     **Ana Hirfield Barnett**
*individually*
Stearns Weaver Miller Weissler Alhadeff & Sitterson
Museum Tower
150 W Flagler Street
Suite 2200
Miami, FL 33130
305-789-3514
Fax: 789-3395
Email: abarnett@swmwas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Scott Bower**
Stearns Weaver Miller Weissler Alhadeff & Sitterson
Museum Tower
150 W Flagler Street
Suite 2200
Miami, FL 33130
305-789-3200
Fax: 789-3395
Email: zbower@swmwas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah B. Herlihy**

                                      Mintz Levin Cohn Ferris Glovsky & Popeo PC
                                      One Financial Center
                                      Boston, MA 02111
                                      617-542-6000
                                      Email: sbherlihy@mintz.com
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Mintz, Levin, Cohn, Ferris, Glovsky**     represented by  **Ana Hirfield Barnett**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Zachary Scott Bower**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sarah B. Herlihy**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Popeo, P.C.**                                 represented by  **Ana Hirfield Barnett**
*a professional*                                                  (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Zachary Scott Bower**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Sarah B. Herlihy**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2007 | 1 | NOTICE OF REMOVAL of complaint from the 11th Judicial Circuit for Miami-Dade County, Florida; NO ANSWER FILED. Filing fee $350 Receipt#: 070937, filed by Popeo, P.C., David Barmak, Mintz, Levin, Cohn, Ferris, Glovsky.(vt) (Entered: 12/04/2007) |
| 12/04/2007 | 2 | CLERK'S NOTICE CORRECTING CASE NUMBER (vt) (Entered: 12/04/2007) |
| 12/10/2007 | 3 | Defendant's MOTION for Extension of Time to File Answer as to 1 Notice of Removal by Popeo, P.C., David Barmak, Mintz, Levin, Cohn, Ferris, Glovsky. (Attachments: # 1 Text of Proposed Order)(Bower, Zachary) Modified on 12/11/2007 (ls). (Entered: 12/10/2007) |
| 12/11/2007 | 4 | DOCKET ORDER granting 3 Motion for Enlargement of Time For Defendants to Respond to Plaintiff's Complaint. Defendants shall respond to Plaintiff's Complaint by December 20, 2007. Signed by Judge Marcia G. Cooke on 12/11/2007. (ra) (Entered: 12/11/2007) |
| 12/18/2007 | 5 | Order Requiring Joint Scheduling Report,Signed by Judge Marcia G. Cooke on 12/17/07. (tm) (Entered: 12/18/2007) |
| 12/18/2007 | 6 | ORDER REFERRING CASE to Magistrate Judge Stephen T. Brown for non-dispositive pretrial matters.Signed by Judge Marcia G. Cooke on 12/17/07.(tm) (Entered: 12/18/2007) |
| 12/18/2007 | 7 | DOCKET ORDER vacating Order Requiring Counsel to Meet and File Joint Scheduling |

| | | |
|---|---|---|
| | | Report [D.E. 5] and Order Referring Case to Magistrate Judge [D.E. 6]. The two orders are vacated. Signed by Judge Marcia G. Cooke on 12/18/2007.(ra) (Entered: 12/18/2007) |
| 12/20/2007 | 8 | Defendant's MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal by Popeo, P.C., David Barmak, Mintz, Levin, Cohn, Ferris, Glovsky. Responses due by 1/7/2008 (Attachments: # 1 Exhibit A - Memorandum Opinion)(Bower, Zachary) (Entered: 12/20/2007) |
| 12/20/2007 | 9 | NOTICE by David Barmak re 8 Defendant's MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal *Declaration of David Barmak* (Bower, Zachary) (Entered: 12/20/2007) |
| 12/21/2007 | 10 | ORDER OF RECUSAL. Judge Marcia G. Cooke recused. Case reassigned to Judge Alan S. Gold for all further proceedings, Signed by Judge Marcia G. Cooke on 12/18/07.(lh) (Entered: 12/21/2007) |
| 12/28/2007 | 11 | Order Requiring Compliance with Local Rule 16.1,Signed by Judge Alan S. Gold on 12/28/07.(lh) (Entered: 12/28/2007) |
| 01/04/2008 | 12 | MOTION for Extension of Time to File *Comply with Local Rule 16.1 and Statement of Good Cause* by Popeo, P.C., Mintz, Levin, Cohn, Ferris, Glovsky. (Attachments: # 1 Text of Proposed Order Order Granting Motion for Enlargement of Time to Comply with Local Rule 16.1 Order)(Barnett, Ana) (Entered: 01/04/2008) |
| 01/04/2008 | 13 | MOTION for Extension of Time to File *Comply with Local Rule 16.1 and Statement of Good Cause* by David Barmak. (Attachments: # 1 Text of Proposed Order Order Granting Motion for Enlargement of Time to Comply with Local Rule 16.1 Order)(Barnett, Ana) (Entered: 01/04/2008) |
| 01/10/2008 | 14 | ORDER granting 12 Motion for Extension of Time to File, granting 13 Motion for Extension of Time to comply with Local Rule 16.1 Order. Signed by Judge Alan S. Gold on 1/8/08. (lk) (Entered: 01/10/2008) |
| 01/11/2008 | 15 | Plaintiff's MOTION for Extension of Time to File Response as to 8 MOTION to Dismiss for Lack of Jurisdiction by Larry Klayman. (Klayman, Larry) Modified on 1/14/2008 (ls). [Added relationship to DE #8] (Entered: 01/11/2008) |
| 01/22/2008 | 16 | ORDER granting 15 Motion for Extension of Time to Respond re 8 Defendant's MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal. Responses due by 1/31/2008; Signed by Judge Alan S. Gold on 1/18/08. (lh) (Entered: 01/22/2008) |
| 01/31/2008 | 17 | AMENDED COMPLAINT, filed by Larry Klayman.(Klayman, Larry) (Entered: 01/31/2008) |
| 01/31/2008 | 18 | MOTION to Amend/Correct *Complaint* by Larry Klayman. Responses due by 2/14/2008 (Klayman, Larry) (Entered: 01/31/2008) |
| 02/08/2008 | 19 | ORDER denying as moot 8 Motion to Dismiss for Lack of Jurisdiction, granting 18 Motion to Amend/Correct ;Signed by Judge Alan S. Gold on 2/7/08. (lh) (Entered: 02/08/2008) |
| 02/19/2008 | 20 | Defendant's MOTION to Dismiss 17 Amended Complaint *for Lack of Personal Jurisdiction, Improper Venue, and Forum Nonconveniens* by Popeo, P.C., David Barmak, Mintz, Levin, Cohn, Ferris, Glovsky. Responses due by 3/4/2008 (Attachments: # 1 Exhibit 1 - Complaint Comparison# 2 Exhibit 2 - Defendants' Original Motion to Dismiss# 3 Exhibit 3 - Declaration of David Barmak# 4 Exhibit 4 - Judicial Watch Action Second Amended Complaint# 5 Exhibit 5 - David Barmak Subpoena)(Bower, Zachary) (Entered: 02/19/2008) |
| 02/22/2008 | 21 | ORDER Setting Hearing on Motion 20 Defendant's MOTION to Dismiss 17 Amended Complaint *for Lack of Personal Jurisdiction, Improper Venue, and Forum Nonconveniens*: Motion Hearing set for 5/30/2008 11:00 AM in Miami Division before Judge Alan S. Gold.Signed by Judge Alan S. Gold on 2/22/08.(lh) (Entered: 02/22/2008) |
| 03/04/2008 | 22 | MOTION for Extension of Time to File Response as to 20 MOTION to Dismiss 17 Amended Complaint by Larry Klayman. (Klayman, Larry) Modified on 3/5/2008 (ls). [Added relationship to DE #20] Modified on 3/5/2008 (ls). (Entered: 03/04/2008) |

| | | |
|---|---|---|
| 03/10/2008 | 23 | ORDER granting 22 Motion for Extension of Time to Respond re 20 Defendant's MOTION to Dismiss 17 Amended Complaint *for Lack of Personal Jurisdiction, Improper Venue, and Forum Nonconveniens*: Responses due by 3/14/2008. Signed by Judge Alan S. Gold on 3/10/08. (lh) (Entered: 03/10/2008) |
| 03/14/2008 | 24 | MOTION for Extension of Time to File Response *To Motion to Dismiss* by Larry Klayman. (Klayman, Larry) **Modified Capital Letters on 3/17/2008 (gp)**. (Entered: 03/14/2008) |
| 03/21/2008 | 25 | ORDER granting 24 Motion for Extension of Time to Respond re 24 MOTION for Extension of Time to File Response *To Motion to Dismiss* Responses due by 3/24/2008Signed by Judge Alan S. Gold on 3/20/08. (md) (Entered: 03/21/2008) |
| 03/24/2008 | 26 | MOTION for Extension of Time to File Response *TO MOTION TO DIMMSS* by Larry Klayman. (Klayman, Larry) (Entered: 03/24/2008) |
| 03/24/2008 | 27 | RESPONSE in Opposition re 26 MOTION for Extension of Time to File Response *TO MOTION TO DIMMSS* filed by Popeo, P.C., David Barmak, Mintz, Levin, Cohn, Ferris, Glovsky. (Bower, Zachary) (Entered: 03/24/2008) |
| 03/25/2008 | 28 | REPLY to Response to Motion re 26 MOTION for Extension of Time to File Response *TO MOTION TO DIMMSS Plaintiff's Reply to Motion For Short Extension of Time* filed by Larry Klayman. (Klayman, Larry) (Entered: 03/25/2008) |
| 03/27/2008 | 29 | ORDER granting 26 Motion for Extension of Time to Respond re 20 Defendant's MOTION to Dismiss 17 Amended Complaint *for Lack of Personal Jurisdiction, Improper Venue, and Forum Nonconveniens* Responses due by 4/1/2008Signed by Judge Alan S. Gold on 3/26/2008. (ls) (Entered: 03/27/2008) |
| 04/01/2008 | 30 | MEMORANDUM in Opposition re 20 Defendant's MOTION to Dismiss 17 Amended Complaint *for Lack of Personal Jurisdiction, Improper Venue, and Forum Nonconveniens To Defendants Motion To Dismiss For Lack Of Jurisdicition and Forum Non Conveniens* filed by Larry Klayman. (Klayman, Larry) (Entered: 04/01/2008) |
| 04/01/2008 | 31 | AFFIDAVIT signed by : Larry Klayman. re 30 Memorandum in Opposition, *In Support of Plaintiff's Memorandum In Opposition To Defendants' Motion aTo Dismiss For Lack Of Jurisdiction and Forum Non Conveniens* by Larry Klayman. (Klayman, Larry) (Entered: 04/01/2008) |
| 04/11/2008 | 32 | Defendant's MOTION for Extension of Time to File Reply as to 30 Memorandum in Opposition, by Popeo, P.C., David Barmak, Mintz, Levin, Cohn, Ferris, Glovsky. (Attachments: # 1 Text of Proposed Order Granting Motion for Enlargement of Time to Reply to Response)(Barnett, Ana) (Entered: 04/11/2008) |
| 04/17/2008 | 33 | ORDER Granting 32 Motion for Extension of Time to Reply re 20 Defendant's MOTION to Dismiss 17 Amended Complaint *for Lack of Personal Jurisdiction, Improper Venue, and Forum Nonconveniens*. Replies due by 4/18/2008.Signed by Judge Alan S. Gold on 4/16/08. (gp) (Entered: 04/17/2008) |
| 04/18/2008 | 34 | Defendant's MOTION for Extension of Time to File Reply as to 30 Memorandum in Opposition, by Popeo, P.C., David Barmak, Mintz, Levin, Cohn, Ferris, Glovsky. (Attachments: # 1 Text of Proposed Order for enlargement of time)(Barnett, Ana) (Entered: 04/18/2008) |
| 04/22/2008 | 35 | REPLY to Response to Motion re 34 Defendant's MOTION for Extension of Time to File Reply as to 30 Memorandum in Opposition, filed by Popeo, P.C., David Barmak, Mintz, Levin, Cohn, Ferris, Glovsky. (Barnett, Ana) (Entered: 04/22/2008) |
| 04/25/2008 | 36 | ORDER Granting nunc pro tunc 34 Motion for Extension of Time to Respond re 20 Defendant's MOTION to Dismiss 17 Amended Complaint *for Lack of Personal Jurisdiction, Improper Venue, and Forum Nonconveniens* Responses due by 4/22/2008Signed by Judge Alan S. Gold on 4/24/08. (gp) (Entered: 04/25/2008) |
| 04/28/2008 |  | Case Reassignment of Paired Magistrate Judge pursuant to Administrative Order 2008-09 to Magistrate Judge McAliley (vp) (Entered: 04/28/2008) |

| 05/22/2008 | 37 | MOTION for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings for Sarah B. Herlihy, Filing Fee $75, Receipt #980869. (Attachments: # 1 Certification of Sarah B. Herlihy)(cw) (Entered: 05/23/2008) |
| --- | --- | --- |
| 05/30/2008 | 38 | TEXT Minute Entry for proceedings held before Judge Alan S. Gold: Oral Argument held on 5/30/2008 re 20 Defendant's MOTION to Dismiss 17 Amended Complaint *for Lack of Personal Jurisdiction, Improper Venue, and Forum Nonconveniens* Defendant's MOTION to Dismiss 17 Amended Complaint *for Lack of Personal Jurisdiction, Improper Venue, and Forum Nonconveniens* Defendant's MOTION to Dismiss 17 Amended Complaint *for Lack of Personal Jurisdiction, Improper Venue, and Forum Nonconveniens* filed by Popeo, P.C., Mintz, Levin, Cohn, Ferris, Glovsky, David Barmak. Court Reporter: Joseph Millikan- phone number 305-523-5588 (jh) (Entered: 05/30/2008) |
| 05/30/2008 | 39 | ORDER granting 37 Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings. Signed by Judge Alan S. Gold on 5/29/08. (gp) (Entered: 05/30/2008) |
| 06/03/2008 | 40 | ORDER Granting Motion; Transferring Case to the District Court for the District of Columbia; Closing Case granting 20 Motion. This case is CLOSED. All pending motions are DENIED as moot. Signed by Judge Alan S. Gold on 5/30/08. (gp) (Entered: 06/04/2008) |

Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida By ___ Deputy Clerk Date 06/04/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Larry Klayman_

v.                                              Civil Action No.  08 1005

_David Barmak, et al_

   The above entitled action, transferred from the U.S. District Court for the _Southern District of Florida_, has been received and filed. It was assigned to Judge _BATES, J. JDB_ subsequent pleadings filed must contain both our civil action number and the initials of the judge assigned this action.

To assist the Clerk's Office in properly recording all counsel of record and to ensure that each counsel entered is authorized to practice before this Court pursuant to Local Civil Rule 83.8, counsel for all parties must enter their appearance in accordance with our Local Civil Rule 83.6. Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
   Deputy Clerk

cc: _Larry Klayman_
   *_Ana H. Barnett_

*Denotes attorney not a member of the bar of the U.S. District Court for the District of Columbia

## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **LARRY KLAYMAN** | |
| Plaintiff(s), | |
| vs. | Civil Case No: **08-1005 JDB** |
| **DAVID BARMAK, ET AL.,** | |
| Defendant(s). | |

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that exhibits to document entry no. 1 have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                      **NANCY MAYER-WHITTINGTON**

                                                       Clerk

**Date:** 6/12/08