IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>             Plaintiff,<br><br>             v.<br><br>DAVID BARMAK, individually, and MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., a professional corporation<br><br>             Defendants. | Civil Action No. 08-1005 |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Helen Gerostathos Guyton as counsel for Defendants David Barmak and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

                                            Respectfully submitted,

                                            <u>/s/ Helen Gerostathos Guyton</u>
                                            Helen Gerostathos Guyton (#499203)
                                            MINTZ, LEVIN, COHN, FERRIS,
                                                GLOVSKY AND POPEO, P.C.
                                            701 Pennsylvania Ave., N.W.
                                            Suite 900
                                            Washington, D.C.  20004-2608
                                            (202) 434-7300

                                            *Counsel for Defendants*

Dated: June 17, 2008

CERTIFICATE OF SERVICE

    I, Helen Gerostathos Guyton, hereby certify that a copy of the foregoing, **NOTICE OF ENTRY OF APPEARANCE**, was served, this day, through this Court's CM/ECF system, on all counsel of record.

Dated:   June 17, 2008

                                              /s/ Helen Gerostathos Guyton
                                              Helen Gerostathos Guyton

ACTIVE 4358554v.1