IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>Plaintiff,<br><br>v.<br><br>DAVID BARMAK, individually, and MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., a professional corporation<br><br>Defendants. | Civil Action No. 08-1005 |

**MOTION AND STATEMENT OF POINTS AND AUTHORITIES TO ENLARGE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants David Barmak and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Defendants"), through undersigned counsel and pursuant to Fed. R. Civ. P. 7 and Local Rule Civ. P. 7, hereby file this Motion and Statement of Points and Authorities to Enlarge Time to Answer or Otherwise Respond to the Amended Complaint ("Motion") filed by Plaintiff Larry Klayman on or about January 31, 2008.

In support of this Motion, Defendants would show as follows:

**I.  BACKGROUND**

1. On or about November 1, 2007, Plaintiff Larry Klayman filed the present action against the Defendants in the Circuit Court in the State of Florida.

2. Defendants timely removed the action to the United States District Court for the Southern District of Florida on December 3, 2007.

3.  Defendants thereafter filed a Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue and Forum Nonconveniens on December 20, 2007.

4.  Thereafter, while Defendants' Motion to Dismiss was still pending, Plaintiff Larry Klayman filed his Amended Complaint on January 31, 2008. In response, on February 19, 2008, Defendants filed their Renewed Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue and Forum Nonconveniens.

5.  Defendants' Renewed Motion to Dismiss was heard on May 30, 2008. At that hearing, Judge Alan S. Gold of the United States District Court for the Southern District of Florida in Miami entered an Order granting Defendants' Motion to Dismiss insofar as it sought the transfer of the Action to this Court pursuant to 28 U.S.C. § 1404(a). This Order was entered on the docket on June 3, 2008. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction was otherwise denied as moot.

6.  Defendants seek a brief extension of time to answer or otherwise respond to Plaintiff's Amended Complaint. Defendants seek additional time to investigate the substantive (as opposed to jurisdictional) facts of the Amended Complaint and prepare their answer or other response and to accommodate the schedules of the attorneys who are preparing Defendants' answer or other response. In particular, attorney Sarah B. Herlihy, who prepared the Motion to Dismiss, the Renewed Motion to Dismiss and argued these motions in the Southern District of Florida, is currently involved in an arbitration in California that is expected to continue through the end of June. The brief extension of time sought will permit Defendants to investigate the facts of the Amended Complaint and accommodate counsels' schedules.

II.  **STATEMENT OF POINTS AND AUTHORITIES**

7.  This Motion is permitted by Fed. R. Civ. P. 7 and Local R. Civ. P. 7.

**III.       CONCLUSION**

8.      For the foregoing reasons, and for any other reasons that the Court deems just and proper, Defendants respectfully request that the Court grant Defendants until July 14, 2008 to answer or otherwise respond to Plaintiff's Amended Complaint.

June 17, 2008

                        Respectfully submitted,

                        */s/Helen Gerostathos Guyton*
                        Helen Gerostathos Guyton (Bar No: 499203)
                        MINTZ, LEVIN, COHN, FERRIS,
                        GLOVSKY AND POPEO, P.C.
                        701 Pennsylvania Ave., N.W.
                        Suite 900
                        Washington, D.C.  20004-2608
                        (202) 434-7300

                        *Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

    Pursuant to Local Rule 7(m), I certify that on June 12, 2008, I conferred with Larry Klayman, Plaintiff *pro se*, about this Motion. Mr. Klayman informed the undersigned that he would not agree to the Motion.

                                                                         Sarah B. Herlihy

**CERTIFICATE OF SERVICE**

  I, Helen Gerostathos Guyton, hereby certify that a true copy of this document was served on all counsel of record by either electronic or first class mail, postage prepaid on June 17, 2008.

                  */s/ Helen Gerostathos Guyton*
                  Helen Gerostathos Guyton

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID BARMAK, individually, and<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C., a<br>professional corporation<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 08-1005<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

Upon consideration of the Motion and Statement of Points and Authorities to Enlarge Time for Defendants to Answer or Otherwise Respond to Plaintiff's Amended Complaint filed by Defendants David Barmak and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., and the entire record herein, it is this ____ day of ____ 2008,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the deadline for Defendants to answer or otherwise respond to the Amended Complaint is hereby extended to and including July 14, 2008.

_____
Judge, United States District Court

cc:   Copies to all counsel

4358863v.1