IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 08-1005 (Bates) |
| : | |
| DAVID BARMAK, individually, and : | |
| MINTZ, LEVIN, COHN, FERRIS, : | |
| GLOVSKY and POPEO, P.C., a professional : | |
| corporation : | |
| : | |
| Defendants. : | |

## MOTION TO CORRECT DOCKET

Defendants David Barmak and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Defendants"), through undersigned counsel hereby file this Motion to Correct Docket to correct an error in the listing of the named Defendants in the present case. In support of this Motion, Defendants state as follows:

1. On or about November 1, 2007, Plaintiff Larry Klayman filed this action against the Defendants in the Circuit Court in the State of Florida.

2. Defendants timely removed the Action to the United States District Court for the Southern District of Florida on December 3, 2007.

3. Defendants thereafter filed a Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue and Forum Nonconveniens on December 20, 2007.

4. While Defendants' Motion to Dismiss was still pending, Plaintiff Larry Klayman filed his Amended Complaint on January 31, 2008. In response, on February 19, 2008,

Defendants filed their Renewed Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue and Forum Nonconveniens.

     5.     Defendants' Renewed Motion to Dismiss was heard on May 30, 2008.  At that hearing, Judge Alan S. Gold of the United States District Court for the Southern District of Florida in Miami entered an Order granting Defendants' Motion to Dismiss insofar as it sought the transfer of the Action to this Court pursuant to 28 U.S.C. § 1404(a).  This Order was entered on the docket on June 3, 2008.  Defendants' Motion to Dismiss for Lack of Personal Jurisdiction was otherwise denied as moot.

     6.     The present Action appeared on this Court's docket on June 16, 2008.  It appears that in the course of transferring this case, the second defendant, the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., was listed as two separate defendants: (i) Mintz, Levin, Cohn, Ferris, Glovsky, and (ii) Popeo P.C.

     7.     Defendants respectfully request that the Court direct the Clerk's office to correct the docket to reflect that there are only two defendants (i) David Barmak and (ii) Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

June 17, 2008

                                          Respectfully submitted,

                                          */s/Helen Gerostathos Guyton*
                                          Helen Gerostathos Guyton (Bar No: 499203)
                                          MINTZ, LEVIN, COHN, FERRIS,
                                          GLOVSKY AND POPEO, P.C.
                                          701 Pennsylvania Ave., N.W.
                                          Suite 900
                                          Washington, D.C.  20004-2608
                                          (202) 434-7300

                                          *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

     I, Helen Gerostathos Guyton, hereby certify that a true copy of this document was served on all counsel of record by either electronic or first class mail, postage prepaid on June 17, 2008.

                                         */s/ Helen Gerostathos Guyton*
                                         Helen Gerostathos Guyton