IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>         Plaintiff,<br><br>         v.<br><br>DAVID BARMAK, individually, and<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C., a<br>professional corporation<br><br>         Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 08-1005<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION AND STATEMENT OF POINTS AND AUTHORITIES TO *BRIEFLY*
ENLARGE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S AMENDED COMPLAINT**

Defendants David Barmak and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Defendants"), through undersigned counsel and pursuant to Fed. R. Civ. P. 7 and Local Rule Civ. P. 7, hereby file this Motion and Statement of Points and Authorities to Briefly Enlarge Time to Answer or Otherwise Respond to the Amended Complaint ("Motion") filed by Plaintiff Larry Klayman.

In support of this Motion, Defendants would show as follows:

**I.    BACKGROUND**

1.    This action was transferred to this Court on May 30, 2008 from the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404(a).

2.    On June 26, 2008, Defendants were granted an extension of time to answer or otherwise respond to the Amended Complaint as a result of attorney Sarah B. Herlihy's schedule. Ms. Herlihy, who prepared the Motion to Dismiss, the Renewed Motion to Dismiss and argued

these motions in the Southern District of Florida and is most familiar with the facts of this case, was committed to attend a previously scheduled arbitration in California through the end of June. Issues surrounding that arbitration are ongoing and Ms. Herlihy had to attend to an unexpected emergency for another client case last week.  Accordingly, Defendants seek a *very brief* extension of time to accommodate counsel's schedule.

**II.        STATEMENT OF POINTS AND AUTHORITIES**

3. This Motion is permitted by Fed. R. Civ. P. 7 and Local R. Civ. P. 7.

**III.       CONCLUSION**

4. For the foregoing reasons, and for any other reasons that the Court deems just and proper, Defendants respectfully request that the Court grant Defendants three additional days, until July 17, 2008 to answer or otherwise respond to Plaintiff's Amended Complaint.

July 14, 2008

                                             Respectfully submitted,

                                             */s/Helen Gerostathos Guyton*
                                             Helen Gerostathos Guyton (Bar No: 499203)
                                             MINTZ, LEVIN, COHN, FERRIS,
                                             GLOVSKY AND POPEO, P.C.
                                             701 Pennsylvania Ave., N.W.
                                             Suite 900
                                             Washington, D.C.  20004-2608
                                             (202) 434-7300

                                             *Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

      Pursuant to Local Rule 7(m), I certify that on July 17, 2008, I conferred with Larry Klayman, Plaintiff *pro se*, about this Motion.  Mr. Klayman informed the undersigned that he would agree to the Motion only if Defendants would confirm that they were *answering* the Amended Complaint.

                                                    /s/ Sarah B. Herlihy
                                                    Sarah B. Herlihy

## **CERTIFICATE OF SERVICE**

    I, Helen Gerostathos Guyton, hereby certify that a true copy of this document was served on all counsel of record by either electronic or first class mail, postage prepaid on July 14, 2008.

                                              */s/ Helen Gerostathos Guyton*
                                              Helen Gerostathos Guyton

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID BARMAK, individually, and<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY and POPEO, P.C., a professional<br>corporation<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 08-1005 (Bates)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

Upon consideration of the Motion and Statement of Points and Authorities to *Briefly* Enlarge Time for Defendants to Answer or Otherwise Respond to Plaintiff's Amended Complaint, filed by Defendants David Barmak and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C, and the entire record herein, it is this ____ day of ____ 2008,

ORDERED that the relief sought in the Motion GRANTED, and it is further

ORDERED that the Defendants time to answer or otherwise respond to the Amended Complaint is hereby extended to and including July 17, 2008.

_____
Judge, United States District Court

cc:   Copies to all counsel