IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BARMAK, individually, and MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C., a professional corporation <br><br> Defendants. | Civil Action No. 08-1005 (JDB) |

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Defendants David Barmak and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Defendants"), hereby move that all Counts of Plaintiff's Amended Complaint be dismissed for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The reasons supporting Defendants' Motion to Dismiss are set forth in the accompanying Memorandum of Points and Authorities. A proposed order is submitted as Exhibit 1.

### REQUEST FOR HEARING

Defendants hereby request a hearing on this Motion.

July 17, 2008

Respectfully submitted,

*/s/Helen Gerostathos Guyton*
Helen Gerostathos Guyton (Bar No: 499203)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
701 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C. 20004-2608
(202) 434-7300

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

      I, Helen Gerostathos Guyton, hereby certify that a true copy of this document was served on all counsel of record by either electronic or first class mail, postage prepaid on July 17, 2008.

                                      */s/ Helen Gerostathos Guyton*
                                      Helen Gerostathos Guyton

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>   Plaintiff,<br><br>   v.<br><br>DAVID BARMAK, individually, and<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY and POPEO, P.C., a professional<br>corporation<br><br>   Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 08-1005 (Bates)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

Upon consideration of the Motion to Dismiss, and the entire record herein, it is this \_\_\_\_ day of \_\_\_\_ 2008,

ORDERED that the relief sought in the Motion GRANTED, and it is further

ORDERED that the Clerk's office shall DISMISS the Amended Complaint, and this Action, with prejudice.

                       _____
                       Judge, United States District Court

cc: Copies to all counsel