IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN**<br><br>  Plaintiff,<br><br>  v.<br><br>**DAVID BARMAK, individually, and MINTZ, LEVIN COHN, FERRIS, GLOVSKY and POPEO, P.C. a professional corporation**<br><br>  Defendants. | Civil Action No. 08-1005 (JDB) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff, Larry Klayman, moves this honorable court for an extension of time to respond to Defendants Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and for an order extending this time 14 business days, to and including August 20, 2008 and as grounds therefore would show:

1.  Plaintiff is a sole practitioner and has a very busy litigation schedule and is currently out of town.

2.  Plaintiff has called counsel for Defendants and they have no objection to the Motion for Extension time.

WHEREFORE, Plaintiff respectfully requests 14 business days or until and including August 20, 2008 to respond to Defendants Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

                                                       Respectfully submitted,
                                                      s/Larry Klayman
                                                      Larry Klayman, Esq.
                                                      D.C. Bar No.: 334581
                                                      3415 SW 24th Street
                                                      Miami, FL 33145
                                                      Tel: 305.447.1091
                                                      Fax: 305.447.1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record.

                                                      Respectfully submitted,
                                                      s/Larry Klayman
                                                      Larry Klayman, Esq.
                                                      D.C. Bar No.: 334581
                                                      3415 SW 24th Street
                                                      Miami, FL 33145
                                                      Tel: 305.447.1091
                                                      Fax: 305.447.1548

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN**<br><br>        Plaintiff,<br><br>v.<br><br>**DAVID BARMAK, individually, and MINTZ, LEVIN COHN, FERRIS, GLOVSKY and POPEO, P.C. a professional Corporation**<br><br>        Defendants. | **Civil Action No. 08-1005 (JDB)** |

## PROPOSED ORDER

THIS CAUSE HAVING COME TO BE HEARD upon Plaintiff's Motion for Extension of Time, the issues have been considered, IT IS ORDERED:

1. Plaintiff's motion is granted.

2. Plaintiff will have until and including August 20, 2008 to respond to Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

Date:_____          _____
                                                                  Judge John D. Bates
                                                                  U.S. District Court


cc: All counsel of record