**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**LARRY KLAYMAN**

      Plaintiff,

        v.

**DAVID BARMAK, individually, and
MINTZ, LEVIN COHN, FERRIS,
GLOVSKY and POPEO, P.C. a
professional corporation**

      Defendants.

**Civil Action No. 08-1005 (JDB)**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
AMENDED COMPLAINT**

Plaintiff, Larry Klayman, moves this honorable court for an extension of time to respond

to Defendants Memorandum of Points and Authorities in Support of Defendants' Motion

to Dismiss Plaintiff's Amended Complaint and for an order extending this time 10

business days, to and including September 3, 2008 and as grounds therefore would show:

1. Plaintiff has been out of the office for the last two weeks in India on business,

    unexpectedly, and then had to travel to Washington for depositions in another

    case. He will return to the office in Miami on Thursday, August 21, 2008. In the

    interim, tropical storms have shut down the Miami office for two days.

2.        Plaintiff is a sole practitioner and has a very busy litigation schedule and is

currently out of town.

3.        Plaintiff has contacted and left a message for counsel of Defendants and

has yet to hear back for consent to the Motion for Extension time.

WHEREFORE, Plaintiff respectfully request 10 business days or until and including

September 3, 2008 to respond to Defendants Memorandum of Points and Authorities in

Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

> Respectfully submitted,
> s/Larry Klayman
> Larry Klayman, Esq.
> D.C. Bar No.: 334581
> 3415 SW 24th Street
> Miami, FL 33145
> Tel: 305.447.1091
> Fax: 305.447.1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2008, I electronically filed

the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the

foregoing document is being served this day to all counsel of record.

> Respectfully submitted,
> s/Larry Klayman
> Larry Klayman, Esq.
> D.C. Bar No.: 334581
> 3415 SW 24th Street

Miami, FL 33145
Tel: 305.447.1091
Fax: 305.447.1548

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

**LARRY KLAYMAN**

Plaintiff,

v.

**DAVID BARMAK, individually, and
MINTZ, LEVIN COHN, FERRIS,
GLOVSKY and POPEO, P.C. a
professional
Corporation**

Defendants.

**Civil Action No. 08-1005 (JDB)**

### PROPOSED ORDER

THIS CAUSE HAVING COME TO BE HEARD upon Plaintiff's Motion for Extension

of Time, the issues have been considered, IT IS ORDERED:

1.      Plaintiff's motion is granted.

2.      Plaintiff will have until and including September 3, 2008 to respond to

Defendants' Memorandum of Points and Authorities in Support of Defendants'

Motion to Dismiss Plaintiff's Amended Complaint.

Date:_____                    _____
                                                Judge John D. Bates
                                                U.S. District Court

cc: All counsel of record