**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LARRY KLAYMAN**

Plaintiff,

v.

**DAVID BARMAK, individually, and MINTZ, LEVIN COHN, FERRIS, GLOVSKY and POPEO, P.C. a professional corporation**

Defendants.

**Civil Action No. 08-1005 (JDB)**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff, Larry Klayman, moves this honorable court for an extension of time to respond to Defendants Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and for an order extending this time to ten business days, to and including September 17, 2008 and as grounds therefore would show:

1. Plaintiff is a sole practitioner and has a very busy litigation schedule and is currently out of town.
2. Plaintiff has called counsel for Defendants and they do not agree to the Motion for Extension time.

3. In the last month, Plaintiff has been in India, Los Angeles twice and Washington, D.C. twice and his supporting staff has also been out for a period due to the summer period and illness.

4. This is the last request for an extension of time.

5. No prejudice will occur to any party or the Court and Plaintiff thanks the Court for its consideration. Plaintiff is currently in Los Angeles and will return to his office early next week.

WHEREFORE, Plaintiff respectfully requests ten business days or until and including September 17, 2008 to respond to Defendants Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

Respectfully submitted,
s/Larry Klayman

Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305.447.1091
Fax: 305.447.1548

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of September, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record.

Respectfully submitted,

s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street
Miami, FL 33145
Tel: 305.447.1091
Fax: 305.447.1548

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LARRY KLAYMAN**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID BARMAK, individually, and MINTZ, LEVIN COHN, FERRIS, GLOVSKY and POPEO, P.C. a professional Corporation**<br><br>Defendants. | **Civil Action No. 08-1005 (JDB)** |

**PROPOSED ORDER**

THIS CAUSE HAVING COME TO BE HEARD upon Plaintiff's Motion for Extension of Time, the issues have been considered, IT IS ORDERED:

1. Plaintiff's motion is granted.

2. Plaintiff will have until and including September 17, 2008 to respond to Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

Date:________________________

________________________________
Judge John D. Bates
U.S. District Court

cc: All counsel of record